### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID J. OLDHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-05-369-M |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On January 26, 2005, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation [docket no. 23] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of Defendant Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for supplemental security income benefits. Magistrate Judge Couch recommends that the Commissioner's decision be reversed and that this matter be remanded for further administrative proceedings. The parties were advised of their right to object to the Report and Recommendation by February 15, 2006. A review of the file reveals that no objection has been filed.

Upon *de novo* review, the Court hereby:

(1) ADOPTS Magistrate Judge Couch's thorough and well-reasoned Report and Recommendation;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4)     ORDERS that judgment in favor of Plaintiff issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 23rd day of February, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE